UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | Case No. SACV 16-02129-CJC(KESx) |
|---|---|
| Plaintiff, | **CONSENT JUDGMENT OF FORFEITURE AS TO DEFENDANT REAL PROPERTY LOCATED IN DOUGLAS CITY, CALIFORNIA** |
| v. | |
| REAL PROPERTIES LOCATED IN TEMECULA, CALIFORNIA, FOUNTAIN VALLEY, CALIFORNIA, AND DOUGLAS CITY, CALIFORNIA, | |
| Defendants. | |
| SEA REALTY, INC., THE DAN C. BUI LIVING TRUST, JOSIE BUI, AND MICHAEL WONG, | |
| Claimants. | |

Pursuant to the stipulation and request of Plaintiff United States of America, on the one hand, and claimants Josie Bui and

Michael Wong (sometimes referred to herein collectively as "claimants"), on the other hand, the Court hereby enters this Consent Judgment of Forfeiture As To Defendant Real Property Located In Douglas City, California containing the terms set forth below:

On or about November 29, 2016, Plaintiff United States of America ("the United States of America") filed a Complaint for Forfeiture alleging that the defendants Real Properties Located In Temecula, California, Fountain Valley, California, and Douglas City, California were subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and (C) and 21 U.S.C. § 881(a)(6), and alleged in paragraph 8 of the complaint that defendant Real Property Located in Douglas City, California (the "defendant Douglas City Real Property") was titled in the name of Michael Wong.

The defendant Douglas City Real Property has Assessor Parcel Number 024-190-740-0 and the following legal description:

> The real property situated in the County of Trinity, State of California, described as follows:
>
> Parcel No. 3 as shown on the Parcel Map for Leo Dan Stott in Section 36, Township 33 North, Range 10 West, M.D.B.&M., filed for record in the office of the County Recorder of Trinity County, California on October 12, 1979 in book 12 of Maps and Surveys page 115.
>
> Together with an easement for roadway and utilities purposes, along, over and across those certain roadway and utilities easements as the same are shown on that certain Parcel Map filed for record on March 19, 1982 in book 14 of Maps and Surveys, page 130.
>
> Also together with an easement for water and electrical line as described in that certain agreement recorded August 10, 1995, Document No. 950002700 Official Records.

Claimants Josie Bui and Michael Wong filed their respective claims to the defendant Douglas City Real Property on January 13, 2017 and neither filed an answer to the complaint. No other parties have appeared in this case with respect to the defendant Douglas City

2

Real Property and the time for filing claims and answers as to the defendant Douglas City Real Property has expired.

The United States of America has filed with the Court claimants Josie Bui and Michael Wong's respective waivers of their rights to contest the forfeiture of the defendant Douglas City Real Property.

The government and claimants have now agreed to settle this action with respect to the defendant Douglas City Real Property and to avoid further litigation with respect to the defendant Douglas City Real Property by the filing of the waivers and entering into this Consent Judgment of Forfeiture.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. As between the United States of America, on the one hand, and claimants Josie Bui and Michael Wong, on the other hand, with respect to the defendant Douglas City Real Property, this Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2. As between the United States of America, on the one hand, and claimants Josie Bui and Michael Wong, on the other hand, with respect to the defendant Douglas City Real Property, the Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and (C) and 21 U.S.C. § 881(a)(6).

3. Notice of this action has been given as required by law. No appearances have been made in the litigation by any person other than claimants Josie Bui and Michael Wong with respect to the defendant Douglas City Real Property. The Court deems that all other potential claimants admit the allegations of the Complaint for

Forfeiture to be true with respect to the defendant Douglas City Real Property.

4. The United States of America shall have judgment as to the interests of claimants Josie Bui and Michael Wong and all other potential claimants in the defendant Douglas City Real Property. The defendant Douglas City Real Property is hereby condemned and forfeited to the United States of America.

5. The Trinity County Recorder shall index this judgment in the grantor index under the name of Michael Wong (or, if appropriate, any other name currently on title relative to the defendant Douglas City Real Property) and in the grantee index under the name of the United States of America.

6. Title having vested in the United States of America, the United States of America shall dispose of the defendant Douglas City Real Property in the manner required by law. Upon disposition of the defendant Douglas City Real Property, the proceeds of the sale of the defendant Douglas City Real Property, to the extent such amounts exist, shall be payable in the following priority:

a. first, payment to the County Assessor and Trinity County Tax Collector of all real property taxes assessed against the defendant Douglas City Real Property, up to the date of entry of this Consent Judgment of Forfeiture;

b. second, payment of all costs of escrow and sale, including real estate sales commissions and applicable fees triggered by the sale of the defendant Douglas City Real Property (excluding any federal or state income taxes);

c. third, payment of outstanding liens recorded against the defendant Douglas City Real Property as of the closing of escrow,

to the extent that (i) the lien remains outstanding; (ii) the lien was validly recorded against the defendant Douglas City Real Property before the United States of America recorded its lis pendens against the defendant Douglas City Real Property on or about December 14, 2016 (such as the lien created by the deed of trust to secure the payment of $206,950.00 recorded against the defendant Douglas City Real Property on or about October 17, 2008 in favor of Wells Fargo Bank, N.A., as alleged in paragraph 8 of the Complaint for Forfeiture filed November 29, 2016); and (iii) the United States Attorney's Office agrees in writing to the payment to the secured lienholder; and

       d.   fourth, payment to the United States of America, which funds the United States of America shall deposit in accordance with law.

7. Any occupants of the defendant Douglas City Real Property are hereby ordered to vacate the defendant Douglas City Real Property within two weeks of receiving notice of this judgment from the United States of America or any of its agencies (including, without limitation, the Internal Revenue Service or any of its contractors). If any such occupants fail to vacate the defendant Douglas City Real Property by the aforementioned deadline, the United States of America or any of its agencies may remove them and their belongings from the defendant Douglas City Real Property without further order of the Court.

8. Claimants, and each of them, hereby release the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Administration,

the Internal Revenue Service, or the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims (including, without limitation any petitions for remission, which claimants, and each of them, hereby withdraw), actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of claimants, or either of them, whether pursuant to 28 U.S.C. § 2465 or otherwise.

9. Claimants, and each of them, further agree to execute, as necessary and upon reasonable request by the United States of America, any documents necessary to effect the United States of America's disposition of the defendant Douglas City Real Property.

10. As between the United States of America, on the one hand, and claimants Josie Bui and Michael Wong, on the other hand, with respect to the defendant Douglas City Real Property (i) the Court finds that there was reasonable cause for the institution of these proceedings; and (ii) this judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

11. As between the United States of America, on the one hand, and claimants Josie Bui and Michael Wong, on the other hand, with respect to the defendant Douglas City Real Property, the Court further funds that claimants did not substantially prevail in this action, and the parties hereto shall bear their own attorney fees and costs.

12. The United States of America and claimants consent to this judgment and waive any right to appeal this judgment.

13. The Court shall retain jurisdiction over this matter to enforce the provisions of this Consent Judgment of Forfeiture.

Dated: February 25, 2019

_____
THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Presented By:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United states Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


/s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA