JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>REAL PROPERTIES LOCATED IN TEMECULA, CALIFORNIA, FOUNTAIN VALLEY, CALIFORNIA, AND DOUGLAS CITY, CALIFORNIA,<br><br>        Defendants. | Case No. SACV 16-02129-CJC(KESx)<br><br>**ORDER (1) DISMISSING THIS ACTION WITH PREJUDICE SOLELY AND ONLY AS TO DEFENDANT REAL PROPERTY LOCATED IN FOUNTAIN VALLEY, CALIFORNIA; AND (2) RECOGNIZING THAT DEFENDANT REAL PROPERTY LOCATED IN TEMECULA, CALIFORNIA IS FORFEITED TO THE GOVERNMENT DUE TO NON-PAYMENT OF $360,000.00 TO THE GOVERNMENT** |
| SEA REALTY, INC., THE DAN C. BUI LIVING TRUST, JOSIE BUI, AND MICHAEL WONG,<br><br>        Claimants. | |

Pursuant to the stipulation and request of Plaintiff United States of America, on the one hand, and claimants Josie Bui and SEA Realty, Inc. (i.e., claimants to the Defendant Real Property Located

In Temecula, California) and The Dan C. Bui Living Trust (i.e., claimant to the Defendant Real Property Located In Fountain Valley, California), on the other hand, the Court hereby enters this Order (1) Dismissing This Action With Prejudice Solely And Only As To Defendant Real Property Located In Fountain Valley, California; And (2) Recognizing That Defendant Real Property Located In Temecula, California Is Forfeited To the Government Due To Non-Payment of $360,000 To The Government containing the terms set forth below:

1. Pursuant to Fed. R. Civ. P. 41(a), this action is dismissed with prejudice solely and only as to the defendant Real Property Located In Fountain Valley, California.

2. The government shall record with the County Recorder's Office a notice of withdrawal of the lis pendens the government previously recorded against the Defendant Real Property Located in Fountain Valley, California.

3. Claimant The Dan C. Bui Living Trust hereby releases the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Administration, the Internal Revenue Service, or the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims (including, without limitation any petitions for remission, which Claimant The Dan C. Bui Living Trust hereby withdraws), actions or liabilities arising out of or related to this action or the forfeiture of any assets in the related criminal case entitled United States of America

v. Josephine Quan Anh Bui, Case No. SACR 18-00173, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of Claimant The Dan C. Bui Living Trust, whether pursuant to 28 U.S.C. § 2465 or otherwise.

4. There was reasonable cause for the recording of a lis pendens and institution of this action against the Defendant Real Property Located in Fountain Valley, California, this order of dismissal shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465 with respect to the Defendant Real Property Located in Fountain Valley, California and Claimant The Dan C. Bui Living Trust and the government shall bear their own attorney fees and costs.

5. Pursuant to the Consent Judgment of Forfeiture As To Defendant Real Property Located In Temecula, California Only filed on October 26, 2018 (docket no. 44), the defendant Real Property Located In Temecula, California was forfeited to the government if claimant SEA Realty, Inc., through its President Josephine Bui, failed to pay the government $360,000.00 by December 1, 2018. Because the $360,000.00 was not paid to the government by December 1, 2018, the Defendant Real Property Located In Temecula, California is forfeited

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

to the government pursuant to the Consent Judgment of Forfeiture As To Defendant Real Property Located In Temecula, California.

Dated: February 25, 2019

THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Presented By:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United states Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA